# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Barbara Phelps,**<br><br>Plaintiff,<br><br>vs.<br><br>**Mohammed Abedi**, as an individual and as representative capacity as trustee of Mohammed A. Abedi Trust; and Does 1-10 inclusive,<br><br>Defendants. | **Case No.: CV 18-9155-DMG (Ex)**<br><br>**ORDER OF DISMISSAL [16]** |

The Court having Plaintiff's Notice of Voluntary Dismissal, and good cause appearing therefor, orders as follows:

1. The above-captioned action is dismissed with prejudice as against Defendant Mohammed Abedi pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

2. Each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: December 17, 2018

_Dolly M. Gee_
DOLLY M. GEE
UNITED STATES DISTRICT

-1-